```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRENNAN KLING, on behalf of himself and all others similarly situated,

                              Plaintiffs,

  -against-

AUCTION TECHNOLOGY GROUP PLC, PROXIBID INC., and LIVE AUCTIONEERS LLC,

                              Defendants.
-----------------------------------------------------------------X

Case No.: 24-cv-5448
(JAV)

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE OF PLAINTIFF'S FAIR LABOR STANDARDS ACT CLAIM

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brennan Kling and Defendants Auction Technology Group PLC, Proxibid Inc., and Live Auctioneers LLC, through their respective undersigned counsel, that upon the Negotiated Settlement Agreement and Release of Plaintiff's Fair Labor Standards Act ("FLSA") Claim in this action having been reviewed by the Court and found to be fair and reasonable, Plaintiff's claim in this action under the FLSA, shall be and hereby is dismissed in its entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Release of Plaintiff's Fair Labor Standards Act Claim.

1

| | |
|---|---|
| *Rosalie Stillitano* | By: _____ |
| Rosalie Stillitano, Esq. | Michael P. Pappas, Esq. |
| Boyd Richards Parker & Colonneli, P.L. | Michael P. Pappas Law Firm, P.C. |
| 600 Third Avenue, Suite 2800 | 3 Columbus Circle, 15th Floor |
| New York, NY 10016 | New York, NY 10019 |
| (212) 400-0626 | (646) 770-7890 |
| rstillitano@boydlawgroup.com | michael@pappaslawfirm.com |
| 2/26/2025 | 2/25/2025 |
| Date | Date |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

**SO ORDERED** this

5th day of March, 2025
New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2